# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JASON RIPLEY**                                                                                         **PLAINTIFF**
Reg #09998-010

**v.**                                    **CASE NO. 2:22-CV-00197-BSM**

**JOHN P YATES**                                                                                          **DEFENDANT**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Joe J. Volpe's proposed findings and recommendations [Doc. No. 9] are adopted, and Ripley's petition for writ of habeas corpus [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE