IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JASON RIPLEY**                                                                                    **PLAINTIFF**
Reg #09998-010

v.                                    CASE NO. 2:22-CV-00197-BSM

**JOHN P YATES**                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE